**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

**Elisabeth A. Shumaker**
**Clerk of Court**

**Douglas E. Cressler**
**Chief Deputy Clerk**

February 26, 2008

Mr. Carless Jones
FCI - Englewood
#17205-013
9595 W. Quincy Ave.
Littleton, CO 80123

    Re:    No. 08-1045, In re Jones
            Dist. Ct. Case Nos. 08-cv-00346-JLK & 97-CR-00138-JLK

Dear Mr. Jones:

    Under 28 U.S.C. § 2255 authorization must be obtained from this court before a party can file a "second or successive" § 2255 motion in the district court. The district court has transferred this matter to this court pursuant to *Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam), because you did not seek prior authorization from this court before filing what the district court has construed to be a "second or successive" § 2255 motion.

    To obtain authorization, you must satisfy the requirements set forth in 28 U.S.C. § 2255 paragraph 8, which incorporate the certification requirements of 28 U.S.C. § 2244. We have enclosed a **Motion for Authorization** to file a "second or successive" § 2255 motion with instructions. If you wish to seek authorization to file a second or successive § 2255 motion, **you must complete and file** with this court a **Motion for Authorization.**

    If you think that the district court should not have construed your filing as a "second or successive" § 2255 motion, or if you think you otherwise do not have to meet the authorization requirements of 28 U.S.C. § 2255 paragraph 8, **you may file** with this court a **Motion for Remand** to the district court. In the motion for remand, you should explain why your district court filing should not be treated as a "second or successive" § 2255 motion or does not otherwise require authorization under § 2255 paragraph 8.

You **must file** a Motion for Authorization and/or Motion for Remand within **30 days** after the date of this letter, or an order may be entered dismissing the matter.

An original and one copy of the Motion for Authorization and/or Motion for Remand *must be mailed* to:

> United States Court of Appeals for the Tenth Circuit
> Office of the Clerk
> Byron White United States Courthouse
> 1823 Stout Street
> Denver, Colorado 80257

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

cc:   Troy Eid, United States Attorney
      Gregory C. Langham, Clerk United States District Court Colorado

Encl. (form to file Motion for Authorization with instructions)