IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **97-cr-138-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**CARLESS JONES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is set for a hearing on Sentence Reduction on **November 5, 2009 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.   Defendant's presence is not required.

Dated:  October 30, 2009