IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **97-cr-138-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**CARLESS JONES,**

        Defendant.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

        Counsel for Mr. Jones may supplement defendant's *Pro Se* Motion for Clarification and Correction of Amended Judgment (doc. #216), filed May 10, 2011, on or before May 25, 2011. Plaintiff shall respond on or before June 10, 2011.

Dated: May 10, 2011