IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **97-cr-138-JLK**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**CARLESS JONES,**

      Defendant.

# ORDER

Kane, J.

This matter is before me on Defendant's *pro se* Motion for Clarification and Correction of Amended Judgment (Doc. 216). Having reviewed the Motion, the Limited Supplement to that Motion prepared by the Public Defender's Office on Defendant's behalf (Doc.218), and the Government's Combined Response (Doc. 220), I **GRANT** the Motion for Clarification but **DENY** the Motion in all other respects.

An Amended Judgment **SHALL ISSUE** in this case with the following changes:

- Box I(A) in the Statement of Reasons shall NOT be checked;
- Boxes I(B) and I(B)(2) shall be checked; and
- The following language shall be added from the original judgment of December 1997 beneath the § I(B)(2) box:

  The court finds that the enhancement for using a minor to commit a crime (3B1.4) does not apply.

Defendant's *pro se* request for injunctive relief is **DENIED.**

Dated this 13th day of June, 2011.         **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE