# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  97-cr-00138-JLK |
| | USM Number:  17205-013 |
| CARLESS JONES | Timothy O'Hara, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1-5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 11/04/2013 |
| 2 | Possession and Use of a Controlled Substance | 05/05/2014 |
| 3 | Possession and Use of a Controlled Substance | 07/05/2014 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    February 27, 2015
    Date of Imposition of Judgment

    *s/John L. Kane*
    Signature of Judge

    John L. Kane, Senior U.S. District Judge
    Name & Title of Judge

    March 4, 2015
    Date

DEFENDANT: CARLESS JONES  
CASE NUMBER: 97-cr-00138-JLK                                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Falsify Written Reports | 08/08/14 |
| 5 | Making False Statements to the Probation Officer | 02/24/2014 |

DEFENDANT:  CARLESS JONES
CASE NUMBER:  97-cr-00138-JLK                                            Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, concurrent to the defendant's sentence for parole violation in case No. 82-cr-00034-SGF-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal